1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

CYNTHIA H. CATERSON,

          Plaintiff,

      vs.

LYNNWOOD POLICE, DEPT., et al.,

        Defendants.

NO.  C04-1571L

ORDER APPOINTING MAGISTRATE
JUDGE MARY ALICE THEILER AS
SETTLEMENT JUDGE

     The Court has appointed Magistrate Judge Mary Alice Theiler to act as settlement judge in this matter.  The settlement conference is scheduled for Monday, February 27, 2006 at 9:30 a.m.

     DATED this 14th day of February, 2006.

*Robert S Lasnik*

Robert S. Lasnik
United States District Judge

ORDER -1